No. 92–8194. FLETCHER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–8196. ANTONELLI *v.* NEVILLE, JUDGE, CIRCUIT COURT OF COOK COUNTY, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 92–8197. HEREDIA *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 92–8198. WYNN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–8199. NIXON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8200. GLASS *v.* COURT OF COMMON PLEAS OF PENNSYLVANIA, COUNTY OF PHILADELPHIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–8203. JACKSON *v.* DOMINO'S PIZZA CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–8204. SMENTEK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–8207. DESMOND *v.* DEPARTMENT OF DEFENSE. C. A. 1st Cir. Certiorari denied.

No. 92–8210. TOBIASSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8211. WASHINGTON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–8213. FUJINAKA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8217. CHRISTENSON *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 92–8219. EASTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8220. HUGHLEY *v.* TENNESSEE ET AL. C. A. 6th Cir. Certiorari denied.